UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JESUS MANUEL CABRERA**,<br><br>Defendant. | CASE NO. **22CR2640-W**<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE |

**IT IS HEREBY ORDERED** good cause appearing, that the unopposed motion to continue be granted and the Motion Hearing in this matter now scheduled for February 6, 2023, at 9:00 a.m. be continued until April 24, 2023, at 9:00 a.m.

Time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) to serve the "ends of justice."

**IT IS SO ORDERED**.

Dated: 1/31/23

HONORABLE THOMAS J. WHELAN
United States District Judge

---

1

PROPOSED ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING